# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. MANN, | | No. 4:17-CV-02240 |
| Plaintiff, | | (Judge Brann) |
| v. | | (Magistrate Judge Carlson) |
| LYCOMING COUNTY PRISON, et al., | | |
| Defendant. | | |

## ORDER

### JANUARY 31, 2019

On January 14, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation, to which no timely objections were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record.[1]

Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Martin C. Carlson, ECF No. 38, is **ADOPTED IN ITS ENTIRETY**.

2. The Motion to Dismiss filed by the Clinton County Correctional Facility, ECF No. 20, is **GRANTED**.

---

[1] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).

3.	The Motion to Dismiss filed by the Lycoming County Prison, ECF No. 31, is **GRANTED**.

4.	The Motion to Dismiss filed by Correct Care Solutions, ECF No. 32, is **GRANTED**.

5.	Plaintiff's Complaint, ECF No. 1, is **DISMISSED**.

6.	The Clerk of Court is directed to close this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge